# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEONARD L. WILLIAMS, IV, AN
INDIVIDUAL,
Appellant,
vs.
BELLS MARKET LLC, D/B/A BELLS
MARKET, A DOMESTIC LIMITED-
LIABILITY COMPANY; AND SABAH
SHOSHANI, INDIVIDUALLY AND
OWNER,
Respondents.

No. 83426

**FILED**

SEP 2 2 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on August 27, 2021, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Susan Johnson, District Judge
Leonard L. Williams, IV
Bremer Whyte Brown & O'Meara, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER


(0)-1947

21-27363